[No. 8540-6-III. Division Three. June 6, 1989.]

*In the Matter of the Marriage of* BERTON C. LEHN,
*Respondent, and* DOLORES LEHN,
*Appellant.*

Appeal from a judgment of the Superior Court for Asotin
County, No. 14226, Philip H. Faris, J., entered April 6,
1987. *Reversed* by unpublished opinion per Green, J., con-
curred in by Munson, A.C.J., and Shields, J.

[No. 21903-1-I. Division One. June 8, 1989.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY J.
CAMARILLO, *Appellant.*

The unpublished opinion in this cause, which was filed
on May 1, 1989, is *withdrawn* by order dated June 8, 1989.

[No. 11924-2-II. Division Two. June 8, 1989.]

TRUDY FERRARIO, *as Guardian*, ET AL, *Appellants*, v. CARL
POTTER, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 86-2-04078-7, Nile E. Aubrey, J., entered
March 24, 1988. *Reversed* by unpublished opinion per
Petrie, J. Pro Tem., concurred in by Alexander, C.J., and
Reed, J.

[No. 11806-8-II. Division Two. June 8, 1989.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD
DARWIN BARNES, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Clark
County, No. 87-1-01150-0, Barbara D. Johnson, J., entered
February 4, 1988. *Affirmed* by unpublished opinion per
Petrie, J. Pro Tem., concurred in by Alexander, C.J., and
Worswick, J.